Paul Eddie DUNN, Appellant, v. STATE of Texas, Appellee.

No. 21758.

Court of Criminal Appeals of Texas.

Oct. 15, 1941.

Ivan Irwin, of Dallas, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for misdemeanor theft. The punishment assessed is confinement in the county jail for a period of 12 months.

Appellant has filed a motion, duly verified, requesting the dismissal of the appeal. The motion is granted and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

Alfred McDONALD, Jr., Appellant, v. STATE of Texas, Appellee.

No. 21904.

Court of Criminal Appeals of Texas.

Oct. 22, 1941.

Rex Emerson, of Waco, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for murder. The penalty assessed is confinement in the state penitentiary for life.

Since perfecting his appeal, the appellant has filed a written motion, duly verified, requesting the privilege of withdrawing the same. The motion is granted and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

Jesus MURGUIA, Appellant, v. STATE of Texas, Appellee.

No. 21842.

Court of Criminal Appeals of Texas.

Oct. 15, 1941.

Solomon Casseb, Jr., of San Antonio, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for negligent homicide, punishment assessed being a fine of $150 and 30 days in jail.

Since the jurisdiction of the Court of Criminal Appeals attached appellant has filed his affidavit advising the court that he does not desire to further prosecute his appeal, and the same is hereby ordered dismissed.